LAW OFFICES OF
# DANIEL A. MCGUINNESS, P.C.
353 LEXINGTON AVE., SUITE 900, NEW YORK, NY 10016
TEL: (646) 360-0436 · FAX (888) 679-0585 · DAN@LEGALMCG.COM

July 6, 2026

**VIA ECF**

The Honorable Margaret M. Garnett
United States District Judge
Southern District of New York
40 Foley St
New York, NY 10007

GRANTED. Mr. Castro has until July 20, 2026, to have two financially responsible persons co-sign his bond. The Clerk of Court is respectfully directed to terminate Dkt. No. 14. SO ORDERED.

Dated: July 7, 2026

Re: *United States v. Rodrigo Castro*, 26-cr-251(MMG)

Dear Judge Garnett:

I represent Rodrigo Castro in the above-captioned matter. I am writing to respectfully request a modification to Mr. Castro's release conditions to allow an additional 14-days for him to have two financially responsible persons co-sign his bond. I apologize for the lateness of this request but I did not anticipate it would be necessary because I expected that named individuals would be signing the bond today. The Government takes no position on this request.

Mr. Castro first appeared before the Court on June 16, 2026. Magistrate Judge Cave ordered Mr. Castro released on a $50,000.00 bond to be cosigned by two financially responsible persons subject to a curfew with location monitoring. He was further directed to turn in his passports the following day. Mr. Castro was released on his own signature with the remaining conditions to be met by July 6, 2026. The following day, Mr. Castro appeared before Your Honor and turned in his passports. Since that time, he has complied with all conditions of pretrial confinement.

Mr. Castro is dual U.S.-Colombian citizen, but his roots are primarily in the Colombian community. As a result, most members of his community and social circle are in various stages of the immigration process. As a result, they are reluctant to come forward to sign a bond. Just earlier today, Mr. Castro had a potential co-signer back out for similar concerns. Nevertheless, Mr. Castro believes with additional time, he will be able to secure co-signers.

I thank the Court in advance for its consideration of this matter.

Sincerely,

Daniel A. McGuinness