LAW OFFICES OF
# DANIEL A. MCGUINNESS, P.C.
353 LEXINGTON AVE., SUITE 900, NEW YORK, NY 10016
TEL: (646) 360-0436 · FAX (888) 679-0585 · DAN@LEGALMCG.COM

August 24, 2026

GRANTED. Mr. Castro's pretrial release conditions are modified to suspend the requirement for location monitoring while he attends an inpatient program. He is required to sign all necessary forms to allow the facility to provide updates to Pretrial Services. The Clerk of Court is respectfully directed to terminate Dkt. No. 28. SO ORDERED.

Dated: August 25, 2026

**VIA ECF**

The Honorable Margaret M. Garnett
United States District Judge
Southern District of New York
40 Foley St
New York, NY 10007

Re: *United States v. Rodrigo Castro*, 26-cr-251(MMG)

Dear Judge Garnett:

I represent Rodrigo Castro in the above-captioned matter. I am writing at the request of Pretrial services to respectfully request a modification to Mr. Castro's release conditions to suspend the requirement for location monitoring while he attends an inpatient program and to require him to sign any necessary forms to allow the facility to provide updates to Pretrial. The Government takes no position on this request.

Earlier today, I learned that Mr. Castro has entered an inpatient program at a hospital program known to Pretrial. The decision to enter this program was made in coordination with Pretrial and the undersigned. I am informed by Pretrial that Mr. Castro's GPS location monitoring will likely be ineffective while in the program. Furthermore, it will not be necessary so long as he gives the hospital program permission to share updates with Pretrial services, which he will do. As such, I am respectfully requesting that Mr. Castro's release conditions be modified to suspend the requirement for location monitoring while he attends an inpatient program and to require him to sign any necessary forms to allow the facility to provide updates to Pretrial.

I thank the Court in advance for its consideration of this matter.

Sincerely,

Daniel A. McGuinness

Cc: All parties (via ECF)