USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/2/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v.-

RODRIGO CASTRO,

Defendant.

26-CR-00251-2 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

It is ORDERED that the Defendant's bail be modified to require that the Defendant attend inpatient drug treatment for at least 60 days, as directed by Pretrial Services. In order for the Defendant to begin inpatient treatment, Pretrial Services is authorized to remove his ankle monitor.

Dated: November 2, 2026
New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge