USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/24/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v.-

RODRIGO CASTRO,

Defendant.

26-CR-00251-2 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

ORDERED, that the defendant, Rodrigo Castro, USMS #71816-512 is hereby remanded to the custody of the United States Marshal.

Dated: November 24, 2026
New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge